IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AUSTIN MAYO**  **PLAINTIFF**
**#244733**

V.  No. 4:25-CV-00201-LPR-BBM

**TIM RYALS,** *et al.*  **DEFENDANTS**

## ORDER

On March 6, 2025, Austin Mayo, an inmate incarcerated at the Faulkner County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1]  On April 14, 2025, a file-marked copy of a document sent to Mr. Mayo was returned to the Court as undeliverable.[2]  On April 17, 2025, the Court entered an Order reminding Mr. Mayo of his duty to maintain a valid mailing address with the Court and directing him to file a notice of his current mailing address within thirty (30) days.[3]  The Court warned Mr. Mayo that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[4]

Mr. Mayo has not complied with, or otherwise responded to, the April 17, 2025 Order, and the time for doing so has expired.  Accordingly, Mr. Mayo's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Returned Mail (Doc. 8).

[3] Order (Doc. 9).  The Order was entered by United States Magistrate Judge Benecia B. Moore.

[4] *Id.*

IT IS SO ORDERED this 2nd day of June 2025.

                                                                 _____
                                                                 LEE P. RUDOFSKY
                                                                 UNITED STATES DISTRICT JUDGE